**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)**

| | |
|---|---|
| IN RE:<br>JACQUELYN OWENS<br>        Debtor | Case No. 24-14349-pmm |
| | Chapter 13 |
| Freedom Mortgage Corporation,<br><br>        Movant | |
| vs.<br>JACQUELYN OWENS<br>        And<br>Chester Freeman, Jr,  (NON-FILING CO-DEBTOR)<br>        Respondents | 11 U.S.C. §362 and §1301 |

## <u>CERTIFICATION OF DEFAULT</u>

**BROCK AND SCOTT, PLLC**, attorneys for Movant, hereby certifies that the above-captioned Debtor has failed to comply with the terms of the Stipulation approved by the U.S. Bankruptcy Judge on April 15, 2025.

In accordance with the terms of said Stipulation agreed to by the parties, the Automatic Stay is hereby lifted as to permit Movant to proceed with their State Court remedies upon Debtor's failure to cure the default.

*/s/Mario Hanyon*
Andrew Spivack, PA Bar No. 84439
Mario Hanyon, PA Bar No. 203993
Ryan Srnik, PA Bar No. 334854
Jay Jones, PA Bar No. 86657
Attorney for Creditor
BROCK & SCOTT, PLLC
3825 Forrestgate Drive
Winston Salem, NC 27103
Telephone: (844) 856-6646
Facsimile: (704) 369-0760
E-Mail: PABKR@brockandscott.com

**L.B.F. 9014-4**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA
*Philadelphia Division*

| | |
|---|---|
| IN RE: <br> JACQUELYN OWENS | Case No. 24-14349-pmm <br> Chapter 13 |
| Freedom Mortgage Corporation, <br><br>    Movant <br><br> vs. <br><br> JACQUELYN OWENS , <br>    Debtor <br>    And <br> Chester Freeman, Jr <br>    Co-Debtor | |

## <u>CERTIFICATE OF SERVICE</u>

I, the undersigned, certify that on June 18, 2025, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Certification of Default

I certify under penalty of perjury that the above document was sent using the mode of service indicated.

Date: <u>June 18, 2025</u>

                                        */s/Mario Hanyon*
                                        Andrew Spivack, PA Bar No. 84439
                                        Mario Hanyon, PA Bar No. 203993
                                        Ryan Srnik, PA Bar No. 334854
                                        Jay Jones, PA Bar No. 86657

Attorney for Creditor
BROCK & SCOTT, PLLC
3825 Forrestgate Drive
Winston Salem, NC 27103
Telephone: (844) 856-6646
Facsimile: (704) 369-0760
E-Mail: PABKR@brockandscott.com

---

Mailing List Exhibit: (Check all that apply. If via e-mail, include e-mail address. Continue to the next page if necessary.)

Brad J Sadek, Debtor's Attorney
1500 JFK Boulevard
Ste 220
Philadelphia, PA 19102
brad@sadeklaw.com
Debtor's Attorney
Via:  ☒ CM/ECF  ☐ 1st Class Mail  ☐ Certified Mail  ☐ e-mail:
      ☐ Other:

KENNETH E. WEST,
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106
Bankruptcy Trustee
Via:  ☒ CM/ECF  ☐ 1st Class Mail  ☐ Certified Mail  ☐ e-mail:
      ☐ Other:

Office of United States Trustee
Robert N.C. Nix Federal Building
900 Market Street Suite 320
Philadelphia, PA 19107
US Trustee
Via:  ☒ CM/ECF  ☐ 1st Class Mail  ☐ Certified Mail  ☐ e-mail:
      ☐ Other:

JACQUELYN OWENS
635 KEELY CT
PHILADELPHIA, PA 19128
Debtor
Via:  ☐ CM/ECF  ☒ 1st Class Mail  ☐ Certified Mail  ☐ e-mail:
      ☐ Other:

Chester Freeman, Jr
635 Keely Ct
Philadelphia, PA 19128
Co-Debtor
Via:      ☐ CM/ECF      ☒ 1st Class Mail      ☐ Certified Mail      ☐ e-mail:
          ☐ Other: