**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
|    Jacquelyn Owens | : | Chapter 13 |
| | : | Case No.: 24-14349-PMM |
|    Debtor(s) | : | |

## **OBJECTION TO CERTIFICATION OF DEFAULT**

    Debtor, Jacquelyn Owens, by and through their undersigned counsel Brad J. Sadek, hereby objects Freedom Mortgage Corporation's Certification of Default on the following basis:

    It is Denied that Debtor/Borrower, Jacquelyn Owens, is delinquent on April 15, 2025, stipulation. If the Debtor/Borrower is delinquent, she shall be current prior to the hearing on the lender's instant Certification of Default.

    WHEREFORE, Debtor respectfully requests this Honorable Court to DENY Movant's Order requesting Relief from the Automatic Stay.


Dated: June 24, 2025                              /s/ Brad J. Sadek, Esq.
                                                          Brad J. Sadek, Esquire
                                                          Attorney for Debtor(s)
                                                          Sadek Law Offices, LLC
                                                          1500 JFK Boulevard, Suite #220
                                                          Philadelphia, PA 19102
                                                          brad@sadeklaw.com
                                                          215-545-0008